# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

2008 JUN 16  AM 10: 47

ANDREW JACKSON,            )
                          )
    Plaintiff,          )
                          )        Case No. CV607-079
v.                         )
                          )
BULLOCH COUNTY JAIL;       )
BULLOCH COUNTY SHERIFF'S    )
DEPARTMENT; CHIEF McDANIEL; )
SHERIFF LYNN ANDERSON; LT.  )
WEST; LT. DANNY TREMBLE;    )
CAPTAIN HARRIS; OFFICER SISSY; )
SGT. TREMBLE; TRANSPORT )
OFFICER; SCREVEN COUNTY    )
SHERIFF'S DEPARTMENT; MRS.  )
INEZ; and OFFICER LAIRCEY;  )
                          )
    Defendants.         )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _16_ day of _____, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA